IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00043-REB-MEH

THE HARTFORD INSURANCE COMPANY OF THE MIDWEST,

    Plaintiff,

v.

PHILLIP INSURANCE AGENCY INCORPORATED,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, October 25, 2006.**

    The Joint Motion to Modify Scheduling Order [Filed October 24, 2006; Docket #20] is **granted**. The discovery deadlines are modified as follows:

| | |
|---|---|
| Discovery deadline: | December 22, 2006 |
| Dispositive Motion deadline: | January 22, 2007 |

    The Final Pretrial Conference scheduled for February 20, 2007, is **vacated** and **rescheduled** to **March 15, 2007, at 9:15 a.m.** The Proposed Pretrial order is to be submitted on or before March 8, 2007.