IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00043-REB-MEH

THE HARTFORD INSURANCE COMPANY OF THE MIDWEST,

    Plaintiff,

v.

PHILLIP INSURANCE AGENCY INCORPORATED,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, December 12, 2006.**

    The Joint Motion to Modify Scheduling Order [Filed December 11, 2006; Docket #24] is **granted** as specified. The discovery deadlines are modified as follows:

| | |
|---|---|
| Discovery deadline: | January 26, 2007 |
| Dispositive Motion deadline: | February 23, 2007 |

    The Final Pretrial Conference remains scheduled for March 15, 2007.