IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00043-REB-MEH

THE HARTFORD INSURANCE COMPANY OF THE MIDWEST,

    Plaintiff,

v.

PHILLIP INSURANCE AGENCY INCORPORATED,

    Defendant.

## ORDER FOR SANCTIONS

This matter comes before the Court *sua sponte*. On December 5, 2006, this Court entered a Minute Order scheduling a Settlement Conference for December 20, 2006, at 9:45 A.m., based on the parties' agreement that they were available on that date. The Order governing settlement conferences (#15) states that parties are to be present in person. It is within this Court's discretion to require any person that attends the settlement conference without full authority, and the case fails to settle, to order that party to pay the attorney's fees and costs for the other side.

Defendant's counsel informed the Court on the morning of December 20, 2006, that his client would not be appearing at the settlement conference, due to the weather. Defendant's counsel did not seek the Court's approval to deviate from this Court's Order, and, further did not provide for his client to be available by phone. Rather, Defendant's counsel unilaterally determined his client's presence was unnecessary and informed the Court that did not seek its authorization for his decision. Later in the morning on December 20, 2006, the representative of the Defendant, Ms. Phillip, and Defendant's counsel's office, contacted the Court separately and indicated that Ms. Phillip was on her way to Court but received a voice mail message from her counsel telling her not to come. At no point did Defendant's counsel speak with Ms. Phillip that morning, prior to or during the attempted

settlement conference. Thus, the Court was unable to conduct the settlement in the absence of authority from Defendant.   This is the second occasion in which a settlement conference was held in this case, the Ms. Phillip was not present.

Based on Defendant's failure to comply with this Court's Order, it is therefore ORDERED that Plaintiff shall have its attorney's fees and costs for appearing at the settlement conference by submitting an affidavit regarding the same to the Court no later than December 29, 2006. Defendant's counsel and Defendant will be held jointly and severally responsible for this sanction, based on the conduct outlined herein.

Dated at Denver, Colorado this 22nd day of December, 2006.

BY THE COURT:

  s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge