IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00043-REB-MEH

THE HARTFORD INSURANCE COMPANY OF THE MIDWEST,

    Plaintiff,

v.

PHILLIP INSURANCE AGENCY INCORPORATED,

    Defendant.

## ORDER

This matter is before the Court on the Order of Sanctions (#29) dated December 22, 2006, and the Affidavit Concerning Attorney's Fees and Expenses Incurred in Connection with December 20, 2006, Settlement Conference (#30), submitted by Plaintiff's counsel in accordance with the Order of Sanctions. The Court has reviewed the affidavit and has determined that the total of 3.7 hours at the rate of $350 plus the $5 parking fee is a reasonable expense of the conference. Defendant and Defendant's counsel are hereby ORDERED to pay the sum of one thousand three hundred dollars ($1,300.00) to Plaintiff's counsel and to file a Certificate of Compliance with this Court regarding the same no later than **January 26, 2007**. As outlined in the Order of Sanctions, Defendant and Defendant's counsel are jointly and severally responsible for the payment of this sanction.

Dated at Denver, Colorado this 2nd of January, 2007.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge