IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00043-REB-MEH

THE HARTFORD INSURANCE COMPANY OF THE MIDWEST,

    Plaintiff,

v.

PHILLIP INSURANCE AGENCY INCORPORATED,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, February 12, 2007.**

    Plaintiff's Motion for Leave to Serve Requests for Admission Regarding Authenticity of Documents [Filed January 26, 2007; Docket #33] is **granted**. Plaintiff may serve these requests for admission on or before February 20, 2007.